FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

99 JUL -9 PM 3:22

U.S. DISTRICT COURT
N.D. OF ALABAMA

LEWIS CURRY,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　　Petitioner,　　　　　　)   ENTERED
　　　　　　　　　　　　　　　　　)   JUL 09 1999
vs　　　　　　　　　　　　　　　　)   CIVIL ACTION NO. 99-P-0716-M
　　　　　　　　　　　　　　　　　)
WARDEN RON JONES, et al,　　　　 )
　　　　　　　　　　　　　　　　　)
　　　　　　Respondent(s).　　　　 )

## MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, the motion to dismiss without prejudice or in the alternative to stay is due to be denied and this petition for writ of habeas corpus is due to be dismissed. An appropriate order will be entered.

DONE, this 9th day of July, 1999.

SAM C. POINTER, JR.,
CHIEF UNITED STATES DISTRICT JUDGE

9